# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00088-CR
## NO. 03-14-00408-CR

**Darius Dontae Lovings, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
## NOS. D-1-DC-12-301231 & D-1-DC-12-203247,
## THE HONORABLE JULIE H. KOKUREK, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

After the clerk of this Court sent a letter notifying appellant's court-appointed counsel, Paul Evans, that the brief in these appeals was overdue, counsel filed a motion requesting an extension of time to file the brief. We granted the extension, advising counsel that no further extensions would be granted. To date, the brief has not been tendered for filing and is once again overdue.

We abate this appeal and remand the case to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned the appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See* Tex. R. App. P. 38.8(b)(2), (3). If

necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than April 10, 2015. *See* Tex. R. App. P. 38.8(b)(3).

It is so ordered on this the 13th day of March, 2015.


Before Justices Puryear, Pemberton, and Bourland

Abated and Remanded

Filed: March 13, 2015

Do Not Publish